*Valencia v. Live Lion Security LLC*
No. 21 Civ. 448 (PK)

**EXHIBIT B**

**Change of Address Form**

Affirmation of Louis Pechman in Support of Motion
for Preliminary Settlement Approval

**CHANGE OF NAME AND/OR ADDRESS INFORMATION**
*CAMBIO DE NOMBRE Y/O DE DIRECCION*
*Valencia v. Live Lion Security LLC et al.*
United States District Court for the Eastern District of New York
(Civil Action No. 1:21-cv-488 (PK))

Instructions/*instrucciones*: Please complete this Form only if you wish to change your name and/or mailing address information/*por favor complete este Formulario solo si desea cambiar su nombre y/o dirección para correspondencia.*

*Former* name and mailing address/***antiguo*** *nombre y/o* ***antigua*** *dirreción*
    Name (first, middle and last)/ *nombre (primero y segundo nombres y apellido)*:
    _____

    Home Street Address/*dirección residencial*:
    _____

    City, State, Zip Code/*ciudad, estado, código postal*:
    _____

    Telephone Number/*número telefónico*: (____) _____

*New* name and/or mailing address/***nuevo*** *nombre y/o dirección para correspondencia*
    Name (first, middle and last)/ *nombre (primero y segundo nombres y apellido)*:
    _____

    Home Street Address/*dirección residencial*:
    _____

    City, State, Zip Code/*ciudad, estado, código postal*:
    _____

    Telephone Number/*número telefónico*: (____) _____

I understand that all future correspondence in this action, including important notices or payments to which I am entitled, will be sent to the new address listed above. I hereby request and consent to the use of the address listed above for these purposes.
*Entiendo que toda futura correspondencia en esta materia, incluso notificaciones importantes y pagos a cuales tenga derechos, serán enviados a la nueva dirección escrita en los procedientes párrafos. A través de este Formulario, yo pido y doy mi consentimiento al uso de la dirección anotada para estos propósitos.*

Dated/*fechado*: _____        _____
                                                                               (Signature/*firma*)