*Valencia v. Live Lion Security LLC*
No. 21 Civ. 448 (PK)

# EXHIBIT F

# Damages Calculations & Estimated Settlement Shares

Affirmation of Louis Pechman in Support of Motion for Preliminary Settlement Approval

# Valencia v. Live Lion Security LLC
## Valencia v. Live Lion Security LLC, No. 21 Civ. 448 (KAM)(PK)
### Damages Calculations for Class
#### SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY

| Class Members | | Sheet Names | Unpaid OT Wages | Unpaid SOH Wages | Liquidated Damages | NYLL § 195(1) Damages | NYLL § 195(3) Damages | Total Damages Per Class Member | Wages Plus LDs | WTPA | Percentage of WTPA | Share | Estimated Settlement Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | | | | | | | | | | | | |
| Acevedo | Irvin | Irvin Acevedo | $294.02 | $150.00 | $444.02 | $1,350.00 | $5,000.00 | $7,238.04 | $888.04 | $6,350.00 | 1.29% | $303.03 | $1,191.07 |
| Acevedo | Mira | Mira Acevedo | $285.00 | $45.00 | $330.00 | $1,000.00 | $5,000.00 | $6,660.00 | $660.00 | $6,000.00 | 1.21% | $284.24 | $944.24 |
| Alaoui | Imane | Imane Alaoui | $0.00 | $30.00 | $30.00 | $350.00 | $1,750.00 | $2,160.00 | $60.00 | $2,100.00 | 0.42% | $98.66 | $158.66 |
| Almerdaie | Kassim | Kassim Almerdaie | $7.50 | $60.00 | $67.50 | $400.00 | $2,000.00 | $2,535.00 | $135.00 | $2,400.00 | 0.49% | $115.11 | $250.11 |
| Amigon | Alan | Alan Amigon | $52.71 | $0.00 | $52.71 | $300.00 | $1,500.00 | $1,905.42 | $105.42 | $1,800.00 | 0.36% | $84.57 | $189.99 |
| Archaga | Larissa | Larissa Archaga | $1,794.23 | $1,800.00 | $3,594.23 | $5,000.00 | $5,000.00 | $17,188.46 | $7,188.46 | $10,000.00 | 2.02% | $474.52 | $7,662.98 |
| Bahronov | Doston | Doston Bahronov | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $56.38 | $86.38 |
| Bosales | Tahin U. | Tahin U. Bosales | $263.18 | $45.00 | $308.18 | $1,100.00 | $5,000.00 | $6,716.36 | $616.36 | $6,100.00 | 1.23% | $288.94 | $905.30 |
| Brady | Megan | Megan Brady | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Cabrera | Ximena | Ximena Cabrera | $26.55 | $15.00 | $41.55 | $800.00 | $4,000.00 | $4,883.10 | $83.10 | $4,800.00 | 0.97% | $227.86 | $310.96 |
| Cadet | Marvin | Marvin Cadet | $0.00 | $30.00 | $30.00 | $500.00 | $2,500.00 | $3,060.00 | $60.00 | $3,000.00 | 0.61% | $143.29 | $203.29 |
| Calixto | Jerardo | Jerardo Calixto | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Calo | Nalisha | Nalisha Calo | $101.36 | $0.00 | $101.36 | $350.00 | $1,750.00 | $2,302.72 | $202.72 | $2,100.00 | 0.42% | $98.66 | $301.38 |
| Capistran | Irasema | Irasema Capistran | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Castellanos | Monica | Monica Castellanos | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Constanza | Genri | Genri Constanza | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Cortez | Omar | Omar Cortez | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Davila | Daniel | Daniel Davila | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Diaz | Harley | Harley Diaz | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Diaz | Sheley | Sheley Diaz | $75.00 | $75.00 | $150.00 | $1,000.00 | $5,000.00 | $6,300.00 | $300.00 | $6,000.00 | 1.21% | $284.24 | $584.24 |
| Dranks | Caitlin | Caitlin Dranks | $0.00 | $45.00 | $45.00 | $150.00 | $750.00 | $990.00 | $90.00 | $900.00 | 0.18% | $42.28 | $132.28 |
| Dulatana | Rreze | Rreze Dulatana | $136.50 | $45.00 | $181.50 | $500.00 | $2,500.00 | $3,363.00 | $363.00 | $3,000.00 | 0.61% | $143.29 | $506.29 |
| Elnagar | Ahmed | Ahmed Elnagar | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Ethel | Chit | Chit Ethel | $172.50 | $0.00 | $172.50 | $750.00 | $3,750.00 | $4,845.00 | $345.00 | $4,500.00 | 0.91% | $213.77 | $558.77 |
| Farnendo | Carcamo | Carcamo Farnendo | $0.00 | $15.00 | $15.00 | $100.00 | $500.00 | $630.00 | $30.00 | $600.00 | 0.12% | $28.19 | $58.19 |
| Galindo | Lillian | Lillian Galindo | $1.28 | $0.00 | $1.28 | $250.00 | $1,250.00 | $1,502.56 | $2.56 | $1,500.00 | 0.30% | $70.47 | $73.03 |
| Garcia | Faustino | Faustino Garcia | $582.75 | $315.00 | $897.75 | $5,000.00 | $5,000.00 | $11,795.50 | $1,795.50 | $10,000.00 | 2.02% | $474.52 | $2,270.02 |
| Garcia | Shirley | Shirley Garcia | $35.03 | $90.00 | $125.03 | $600.00 | $3,000.00 | $3,850.06 | $250.06 | $3,600.00 | 0.73% | $171.48 | $421.54 |
| Garcia | Eddy | Eddy Garcia | $223.96 | $165.00 | $388.96 | $2,550.00 | $5,000.00 | $8,327.92 | $777.92 | $7,550.00 | 1.53% | $359.41 | $1,137.33 |
| Garcia | Giddel A. | Giddel A. Garcia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Gaw | Ehhsar | Ehhsar Gaw | $230.48 | $525.00 | $755.48 | $5,000.00 | $5,000.00 | $11,510.96 | $1,510.96 | $10,000.00 | 2.02% | $474.52 | $1,985.48 |
| Gomez | Karina | Karina Gomez | $3,215.42 | $1,605.00 | $4,820.42 | $5,000.00 | $5,000.00 | $19,640.84 | $9,640.84 | $10,000.00 | 2.02% | $474.52 | $10,115.36 |
| Gomez | Helberth | Helberth Gomez | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Gonzalez | Alba H. | Alba H. Gonzalez | $153.23 | $13.00 | $166.23 | $500.00 | $2,500.00 | $3,332.46 | $332.46 | $3,000.00 | 0.61% | $143.29 | $475.75 |
| Guarlalanga | Manuel | Manuel Guarlalanga | $337.36 | $405.00 | $742.36 | $4,050.00 | $5,000.00 | $10,534.72 | $1,484.72 | $9,050.00 | 1.83% | $429.88 | $1,914.60 |
| Gutierrez | Fanny | Fanny Gutierrez | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Guzman | Ricardo | Ricardo Guzman | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $56.38 | $86.38 |
| Hernandez | Maria | Maria Hernandez | $127.50 | $75.00 | $202.50 | $250.00 | $1,250.00 | $1,905.00 | $405.00 | $1,500.00 | 0.30% | $70.47 | $475.47 |
| Huinac | Guillermo | Guillermo Huinac | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Jaimes | Brian I. | Brian I. Jaimes | $1,730.43 | $6,405.00 | $8,135.43 | $5,000.00 | $5,000.00 | $26,270.86 | $16,270.86 | $10,000.00 | 2.02% | $474.52 | $16,745.38 |
| Jefferson | Flores | Flores Jefferson | $150.46 | $165.00 | $315.46 | $1,750.00 | $5,000.00 | $7,380.92 | $630.92 | $6,750.00 | 1.37% | $321.83 | $952.75 |
| Jorge | Aguilar | Jorge Aguilar | $280.00 | $0.00 | $280.00 | $300.00 | $1,500.00 | $2,360.00 | $560.00 | $1,800.00 | 0.36% | $84.57 | $644.57 |
| Juarez | Jose | Jose Juarez | $30.00 | $75.00 | $105.00 | $800.00 | $4,000.00 | $5,010.00 | $210.00 | $4,800.00 | 0.97% | $227.86 | $437.86 |
| Julio | Jaen | Julio Jaen | $42.00 | $0.00 | $42.00 | $200.00 | $1,000.00 | $1,284.00 | $84.00 | $1,200.00 | 0.24% | $56.38 | $140.38 |
| Kalandadze | Giorgi | Giorgi Kalandadze | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Lopez | Karen | Karen Lopez | $3,866.40 | $1,620.00 | $5,486.40 | $5,000.00 | $5,000.00 | $20,972.80 | $10,972.80 | $10,000.00 | 2.02% | $474.52 | $11,447.32 |
| Lopez | Martha R. | Martha R. Lopez | $403.44 | $210.00 | $613.44 | $2,800.00 | $5,000.00 | $9,026.88 | $1,226.88 | $7,800.00 | 1.58% | $371.16 | $1,598.04 |
| Lopez | Joaquin | Joaquin Lopez | $6,535.92 | $1,920.00 | $8,455.92 | $5,000.00 | $5,000.00 | $26,911.84 | $16,911.84 | $10,000.00 | 2.02% | $474.52 | $17,386.36 |
| Macias | Orly | Orly Macias | $127.50 | $0.00 | $127.50 | $500.00 | $2,500.00 | $3,255.00 | $255.00 | $3,000.00 | 0.61% | $143.29 | $398.29 |
| Madina | Ismoilova | Madina Ismoilova | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Mamurova | Shokhsanam | Shokhsanam Mamurova | $0.00 | $60.00 | $60.00 | $600.00 | $3,000.00 | $3,720.00 | $120.00 | $3,600.00 | 0.73% | $171.48 | $291.48 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| *Valencia v. Live Lion Security LLC*, No. 21 Civ. 448 (KAM)(PK) | | | | | | | | | | | | |
| Damages Calculations for Class | | | | | | | | | | | | |
| SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY | | | | | | | | | | | | |
| Class Members | | Sheet Names | Unpaid OT Wages | Unpaid SOH Wages | Liquidated Damages | NYLL § 195(1) Damages | NYLL § 195(3) Damages | Total Damages Per Class Member | Wages Plus LDs | WTPA | Percentage of WTPA | Share | Estimated Settlement Share |
| Last Name | First Name | | | | | | | | | | | | |
| Marin | Rafael | Rafael Marin | $26.25 | $0.00 | $26.25 | $200.00 | $1,000.00 | $1,252.50 | $52.50 | $1,200.00 | 0.24% | $56.38 | **$108.88** |
| Martina | Jose S. | Jose S. Martina | $82.50 | $0.00 | $82.50 | $250.00 | $1,250.00 | $1,665.00 | $165.00 | $1,500.00 | 0.30% | $70.47 | **$235.47** |
| Martinez | Oscar | Oscar Martinez | $0.00 | $180.00 | $180.00 | $1,850.00 | $5,000.00 | $7,210.00 | $360.00 | $6,850.00 | 1.39% | $326.52 | **$686.52** |
| Martinez | Brittney | Brittney Martinez | $227.57 | $330.00 | $557.57 | $4,750.00 | $5,000.00 | $10,865.14 | $1,115.14 | $9,750.00 | 1.97% | $462.77 | **$1,577.91** |
| Martinez | Castaneda | Castaneda Martinez | $487.31 | $0.00 | $487.31 | $750.00 | $3,750.00 | $5,474.62 | $974.62 | $4,500.00 | 0.91% | $213.77 | **$1,188.39** |
| Maturana | Osvaldo | Osvaldo Maturana | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $56.38 | **$86.38** |
| Medina | Dayanara | Dayanara Medina | $408.39 | $540.00 | $948.39 | $5,000.00 | $5,000.00 | $11,896.78 | $1,896.78 | $10,000.00 | 2.02% | $474.52 | **$2,371.30** |
| Medina | Alexis R. | Alexis R. Medina | $31.88 | $90.00 | $121.88 | $900.00 | $4,500.00 | $5,643.76 | $243.76 | $5,400.00 | 1.09% | $256.05 | **$499.81** |
| Medina | Jennifer | Jennifer Medina | $1,026.58 | $705.00 | $1,731.58 | $5,000.00 | $5,000.00 | $13,463.16 | $3,463.16 | $10,000.00 | 2.02% | $474.52 | **$3,937.68** |
| Merino | Cristian | Cristian Merino | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Merino | Marco | Marco Merino | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Merino | Maria | Maria Merino | $127.50 | $0.00 | $127.50 | $250.00 | $1,250.00 | $1,755.00 | $255.00 | $1,500.00 | 0.30% | $70.47 | **$325.47** |
| Miranda | Maya | Maya Miranda | $54.30 | $210.00 | $264.30 | $2,500.00 | $5,000.00 | $8,028.60 | $528.60 | $7,500.00 | 1.52% | $357.06 | **$885.66** |
| Morales | Luna | Luna Morales | $23.85 | $90.00 | $113.85 | $1,350.00 | $5,000.00 | $6,577.70 | $227.70 | $6,350.00 | 1.29% | $303.03 | **$530.73** |
| Morillo | Humberto | Humberto Morillo | $217.00 | $0.00 | $217.00 | $300.00 | $1,500.00 | $2,234.00 | $434.00 | $1,800.00 | 0.36% | $84.57 | **$518.57** |
| Murillo | Marlon | Marlon Murillo | $145.97 | $135.00 | $280.97 | $1,800.00 | $5,000.00 | $7,361.94 | $561.94 | $6,800.00 | 1.38% | $324.17 | **$886.11** |
| Nurmamatov | ShokhrukhN | Shokhrukh Nurmamatov | $6,082.73 | $2,970.00 | $9,052.73 | $5,000.00 | $5,000.00 | $28,105.46 | $18,105.46 | $10,000.00 | 2.02% | $474.52 | **$18,579.98** |
| Obando | Aura | Aura Obando | $63.75 | $0.00 | $63.75 | $350.00 | $1,750.00 | $2,227.50 | $127.50 | $2,100.00 | 0.42% | $98.66 | **$226.16** |
| Ochoo | Rofoel | Rofoel Ochoo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Ortego | Martiza | Martiza Ortego | $114.46 | $480.00 | $594.46 | $5,000.00 | $5,000.00 | $11,188.92 | $1,188.92 | $10,000.00 | 2.02% | $474.52 | **$1,663.44** |
| Palacio | Leon | Leon Palacio | $285.74 | $0.00 | $285.74 | $500.00 | $2,500.00 | $3,571.48 | $571.48 | $3,000.00 | 0.61% | $143.29 | **$714.77** |
| Perez | Karina | Karina Perez | $0.00 | $675.00 | $675.00 | $2,250.00 | $5,000.00 | $8,600.00 | $1,350.00 | $7,250.00 | 1.47% | $345.32 | **$1,695.32** |
| Perez | Tiffany | Tiffany Perez | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Potes | Lady | Lady Potes | $598.25 | $390.00 | $988.25 | $5,000.00 | $5,000.00 | $11,976.50 | $1,976.50 | $10,000.00 | 2.02% | $474.52 | **$2,451.02** |
| Qasem | Saleh | Saleh Qasem | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Quiceno | David | David Quiceno | $251.20 | $1,515.00 | $1,766.20 | $5,000.00 | $5,000.00 | $13,532.40 | $3,532.40 | $10,000.00 | 2.02% | $474.52 | **$4,006.92** |
| Quinones | Eveling | Eveling Quinones | $0.00 | $104.00 | $104.00 | $400.00 | $2,000.00 | $2,608.00 | $208.00 | $2,400.00 | 0.49% | $115.11 | **$323.11** |
| Raeziul | Gerardo | Gerardo Raeziul | $286.73 | $240.00 | $526.73 | $2,350.00 | $5,000.00 | $8,403.46 | $1,053.46 | $7,350.00 | 1.49% | $350.01 | **$1,403.47** |
| Raeziul | Jonathan | Jonathan Raeziul | $392.78 | $180.00 | $572.78 | $3,050.00 | $5,000.00 | $9,195.56 | $1,145.56 | $8,050.00 | 1.63% | $382.90 | **$1,528.46** |
| Raezuil | Alma | Alma Raeziul | $135.99 | $1,860.00 | $1,995.99 | $5,000.00 | $5,000.00 | $13,991.98 | $3,991.98 | $10,000.00 | 2.02% | $474.52 | **$4,466.50** |
| Rames | Meily | Meily Rames | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Ramirez | Suleyma | Suleyma Ramirez | $243.19 | $135.00 | $378.19 | $2,550.00 | $5,000.00 | $8,306.38 | $756.38 | $7,550.00 | 1.53% | $359.41 | **$1,115.79** |
| Ramirez | Joseph | Joseph Ramirez | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Reyes | Alex A. | Alex A. Reyes | $234.50 | $0.00 | $234.50 | $600.00 | $3,000.00 | $4,069.00 | $469.00 | $3,600.00 | 0.73% | $171.48 | **$640.48** |
| Rios | Tiffany | Tiffany Rios | $49.00 | $0.00 | $49.00 | $250.00 | $1,250.00 | $1,598.00 | $98.00 | $1,500.00 | 0.30% | $70.47 | **$168.47** |
| Robert | John | John Robert | $599.21 | $480.00 | $1,079.21 | $5,000.00 | $5,000.00 | $12,158.42 | $2,158.42 | $10,000.00 | 2.02% | $474.52 | **$2,632.94** |
| Rodriguez | Estephanie J. | Estephanie J. Rodriguez | $118.35 | $300.00 | $418.35 | $2,750.00 | $5,000.00 | $8,586.70 | $836.70 | $7,750.00 | 1.57% | $368.81 | **$1,205.51** |
| Rojas | Daysi | Daysi Rojas | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Rosales | Tahirin U. | Tahirin U. Rosales | $111.53 | $0.00 | $111.53 | $600.00 | $3,000.00 | $3,823.06 | $223.06 | $3,600.00 | 0.73% | $171.48 | **$394.54** |
| Rucker | Derrica | Derrica Rucker | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Rucker | Denise | Denise Rucker | $192.78 | $285.00 | $477.78 | $3,300.00 | $5,000.00 | $9,255.56 | $955.56 | $8,300.00 | 1.68% | $394.65 | **$1,350.21** |
| Sanchez | Giovanni | Giovanni Sanchez | $421.06 | $135.00 | $556.06 | $1,400.00 | $5,000.00 | $7,512.12 | $1,112.12 | $6,400.00 | 1.30% | $305.38 | **$1,417.50** |
| Serrano | Norelvi | Norelvi Serrano | $0.00 | $270.00 | $270.00 | $2,150.00 | $5,000.00 | $7,690.00 | $540.00 | $7,150.00 | 1.45% | $340.62 | **$880.62** |
| Sicajau | Bayron | Bayron Sicajau | $1,692.57 | $2,430.00 | $4,122.57 | $5,000.00 | $5,000.00 | $18,245.14 | $8,245.14 | $10,000.00 | 2.02% | $474.52 | **$8,719.66** |
| Sinchi | Danny | Danny Sinchi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Sinchi | Marlen | Marlen Sinchi | $301.52 | $90.00 | $391.52 | $2,200.00 | $5,000.00 | $7,983.04 | $783.04 | $7,200.00 | 1.46% | $342.97 | **$1,126.01** |
| Solares | Joudant | Joudant Solares | $132.98 | $195.00 | $327.98 | $2,350.00 | $5,000.00 | $8,005.96 | $655.96 | $7,350.00 | 1.49% | $350.01 | **$1,005.97** |
| Sosa | Mario | Mario Sosa | $0.00 | $45.00 | $45.00 | $400.00 | $2,000.00 | $2,490.00 | $90.00 | $2,400.00 | 0.49% | $115.11 | **$205.11** |
| Sosa | Fernando | Fernando Sosa | $54.90 | $255.00 | $309.90 | $3,100.00 | $5,000.00 | $8,719.80 | $619.80 | $8,100.00 | 1.64% | $385.25 | **$1,005.05** |
| Stewart | Theresa | Theresa Stewart | $56.04 | $180.00 | $236.04 | $2,600.00 | $5,000.00 | $8,072.08 | $472.08 | $7,600.00 | 1.54% | $361.76 | **$833.84** |
| Stewartt | Ivan | Ivan Stewartt | $0.00 | $15.00 | $15.00 | $150.00 | $750.00 | $930.00 | $30.00 | $900.00 | 0.18% | $42.28 | **$72.28** |
| Tevdorashvili | Tsotne | Tsotne Tevdorashvili | $10.13 | $60.00 | $70.13 | $800.00 | $4,000.00 | $4,940.26 | $140.26 | $4,800.00 | 0.97% | $227.86 | **$368.12** |

*Valencia v. Live Lion Security LLC*, No. 21 Civ. 448 (KAM)(PK)

Damages Calculations for Class

SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY

| Class Members | | Sheet Names | Unpaid OT Wages | Unpaid SOH Wages | Liquidated Damages | NYLL § 195(1) Damages | NYLL § 195(3) Damages | Total Damages Per Class Member | Wages Plus LDs | WTPA | Percentage of WTPA | Share | Estimated Settlement Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | | | | | | | | | | | | |
| Toirjonova | Mokhira | Mokhira Toirjonova | $122.11 | $510.00 | $632.11 | $4,150.00 | $5,000.00 | $10,414.22 | $1,264.22 | $9,150.00 | 1.85% | $434.58 | **$1,698.80** |
| Tolentino | William | William Tolentino | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Urbano | Norman | Norman Urbano | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $56.38 | **$86.38** |
| Valencia | Ramon | Ramon Valencia | $4,716.16 | $720.00 | $5,436.16 | $5,000.00 | $5,000.00 | $20,872.32 | $10,872.32 | $10,000.00 | 2.02% | $474.52 | **$11,346.84** |
| Valladolid | Jenny | Jenny Valladolid | $502.28 | $225.00 | $727.28 | $1,800.00 | $5,000.00 | $8,254.56 | $1,454.56 | $6,800.00 | 1.38% | $324.17 | **$1,778.73** |
| Valle | Jason | Jason Valle | $798.48 | $360.00 | $1,158.48 | $3,800.00 | $5,000.00 | $11,116.96 | $2,316.96 | $8,800.00 | 1.78% | $418.14 | **$2,735.10** |
| Vasconcelos | William | William Vasconcelos | $39.76 | $945.00 | $984.76 | $3,150.00 | $5,000.00 | $10,119.52 | $1,969.52 | $8,150.00 | 1.65% | $387.60 | **$2,357.12** |
| Vergara | Yeison G. | Yeison G. Vergara | $232.74 | $255.00 | $487.74 | $2,250.00 | $5,000.00 | $8,225.48 | $975.48 | $7,250.00 | 1.47% | $345.32 | **$1,320.80** |
| Vidal | Hector | Hector Vidal | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Vidal | Fernando | Fernando Vidal | $0.00 | $15.00 | $15.00 | $250.00 | $1,250.00 | $1,530.00 | $30.00 | $1,500.00 | 0.30% | $70.47 | **$100.47** |
| Wallace | Zyshonne | Zyshonne Wallace | $37.50 | $90.00 | $127.50 | $900.00 | $4,500.00 | $5,655.00 | $255.00 | $5,400.00 | 1.09% | $256.05 | **$511.05** |
| CLASS TOTALS | | | $43,019.23 | $34,752.00 | $77,771.23 | $174,900.00 | $319,250.00 | $649,692.46 | $155,542.46 | $494,150.00 | | | |

| **TOTAL CLASS DAMAGES:** | **$649,692.46** |
|---|---|

*Total does not include attorneys' fees or costs

| Total Settlement: | $350,000.00 |
|---|---|
| Class Counsel Fees | $116,666.66 |
| Class Counsel Costs | $1,300.00 |
| Claims Admin Fees | $18,000.00 |
| Service Awards | $15,000.00 |
| Reserve Fund | $20,000.00 |
| Temporary Net QSF | **$179,033.34** |
| **After Wages** | **$23,490.88** |