*Valencia v. Live Lion Security LLC*
No. 21 Civ. 448 (PK)

# EXHIBIT F

# Damages and Settlement Distributions

Affirmation of Louis Pechman in Support of Motion for Final Settlement Approval

*Valencia v. Live Lion Security LLC*

*Valencia v. Live Lion Security LLC*, No. 21 Civ. 448 (KAM)(PK)

Damages Calculations for Class

SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY

| Class Members | | Unpaid OT Wages | Unpaid SOH Wages | Liquidated Damages | NYLL § 195(1) Damages | NYLL § 195(3) Damages | Total Damages Per Class Member | Wages Plus LDs | WTPA | Percentage of WTPA | WTPA Share | Sett. Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | | | | | | | | | | | |
| Acevedo | Irvin | $294.02 | $150.00 | $444.02 | $1,350.00 | $5,000.00 | $7,238.04 | $888.04 | $6,350.00 | 1.29% | $651.45 | **$1,539.48** |
| Acevedo | Mira | $285.00 | $45.00 | $330.00 | $1,000.00 | $5,000.00 | $6,660.00 | $660.00 | $6,000.00 | 1.22% | $615.54 | **$1,275.54** |
| Alaoui | Imane | $0.00 | $30.00 | $30.00 | $350.00 | $1,750.00 | $2,160.00 | $60.00 | $2,100.00 | 0.43% | $215.44 | **$275.44** |
| Almerdaie | Kassim | $7.50 | $60.00 | $67.50 | $400.00 | $2,000.00 | $2,535.00 | $135.00 | $2,400.00 | 0.49% | $246.22 | **$381.21** |
| Amigon | Alan | $52.71 | $0.00 | $52.71 | $300.00 | $1,500.00 | $1,905.42 | $105.42 | $1,800.00 | 0.37% | $184.66 | **$290.08** |
| Archaga | Larissa | $1,794.23 | $1,800.00 | $3,594.23 | $5,000.00 | $5,000.00 | $17,188.46 | $7,188.46 | $10,000.00 | 2.04% | $1,025.91 | **$8,214.37** |
| Bahronov | Doston | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $123.11 | **$153.11** |
| Bosales | Tahin U. | $263.18 | $45.00 | $308.18 | $1,100.00 | $5,000.00 | $6,716.36 | $616.36 | $6,100.00 | 1.24% | $625.80 | **$1,242.15** |
| Brady | Megan | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Cabrera | Ximena | $26.55 | $15.00 | $41.55 | $800.00 | $4,000.00 | $4,883.10 | $83.10 | $4,800.00 | 0.98% | $492.43 | **$575.53** |
| Cadet | Marvin | $0.00 | $30.00 | $30.00 | $500.00 | $2,500.00 | $3,060.00 | $60.00 | $3,000.00 | 0.61% | $307.77 | **$367.77** |
| Calixto | Jerardo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Calo | Nalisha | $101.36 | $0.00 | $101.36 | $350.00 | $1,750.00 | $2,302.72 | $202.72 | $2,100.00 | 0.43% | $215.44 | **$418.15** |
| Capistran | Irasema | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Castellanos | Monica | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Constanza | Genri | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Cortez | Omar | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Davila | Daniel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Diaz | Harley | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Diaz | Sheley | $75.00 | $75.00 | $150.00 | $1,000.00 | $5,000.00 | $6,300.00 | $300.00 | $6,000.00 | 1.22% | $615.54 | **$915.54** |
| Dranks | Caitlin | $0.00 | $45.00 | $45.00 | $150.00 | $750.00 | $990.00 | $90.00 | $900.00 | 0.18% | $92.33 | **$182.33** |
| Dulatana | Rreze | $136.50 | $45.00 | $181.50 | $500.00 | $2,500.00 | $3,363.00 | $363.00 | $3,000.00 | 0.61% | $307.77 | **$670.76** |
| Elnagar | Ahmed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Ethel | Chit | $172.50 | $0.00 | $172.50 | $750.00 | $3,750.00 | $4,845.00 | $345.00 | $4,500.00 | 0.92% | $461.66 | **$806.65** |
| Farnendo | Carcamo | $0.00 | $15.00 | $15.00 | $100.00 | $500.00 | $630.00 | $30.00 | $600.00 | 0.12% | $61.55 | **$91.55** |
| Galindo | Lillian | $1.28 | $0.00 | $1.28 | $250.00 | $1,250.00 | $1,502.56 | $2.56 | $1,500.00 | 0.31% | $153.89 | **$156.45** |
| Garcia | Faustino | $582.75 | $315.00 | $897.75 | $5,000.00 | $5,000.00 | $11,795.50 | $1,795.50 | $10,000.00 | 2.04% | $1,025.91 | **$2,821.40** |
| Garcia | Shirley | $35.03 | $90.00 | $125.03 | $600.00 | $3,000.00 | $3,850.06 | $250.06 | $3,600.00 | 0.73% | $369.33 | **$619.39** |
| Garcia | Eddy | $223.96 | $165.00 | $388.96 | $2,550.00 | $5,000.00 | $8,327.92 | $777.92 | $7,550.00 | 1.54% | $774.56 | **$1,552.48** |
| Garcia | Giddel A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Gaw | Ehhsar | $230.48 | $525.00 | $755.48 | $5,000.00 | $5,000.00 | $11,510.96 | $1,510.96 | $10,000.00 | 2.04% | $1,025.91 | **$2,536.87** |
| Gomez | Karina | $3,215.42 | $1,605.00 | $4,820.42 | $5,000.00 | $5,000.00 | $19,640.84 | $9,640.84 | $10,000.00 | 2.04% | $1,025.91 | **$10,666.75** |
| Gomez | Helberth | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Gonzalez | Alba H. | $153.23 | $13.00 | $166.23 | $500.00 | $2,500.00 | $3,332.46 | $332.46 | $3,000.00 | 0.61% | $307.77 | **$640.23** |
| Guarlalanga | Manuel | $337.36 | $405.00 | $742.36 | $4,050.00 | $5,000.00 | $10,534.72 | $1,484.72 | $9,050.00 | 1.84% | $928.44 | **$2,413.16** |
| Gutierrez | Fanny | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Guzman | Ricardo | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $123.11 | **$153.10** |
| Hernandez | Maria | $127.50 | $75.00 | $202.50 | $250.00 | $1,250.00 | $1,905.00 | $405.00 | $1,500.00 | 0.31% | $153.89 | **$558.89** |
| Huinac | Guillermo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| Jaimes | Brian I. | $1,730.43 | $6,405.00 | $8,135.43 | $5,000.00 | $5,000.00 | $26,270.86 | $16,270.86 | $10,000.00 | 2.04% | $1,025.91 | **$17,296.77** |
| Jefferson | Flores | $150.46 | $165.00 | $315.46 | $1,750.00 | $5,000.00 | $7,380.92 | $630.92 | $6,750.00 | 1.37% | $692.49 | **$1,323.40** |
| Jorge | Aguilar | $280.00 | $0.00 | $280.00 | $300.00 | $1,500.00 | $2,360.00 | $560.00 | $1,800.00 | 0.37% | $184.66 | **$744.66** |
| Juarez | Jose | $30.00 | $75.00 | $105.00 | $800.00 | $4,000.00 | $5,010.00 | $210.00 | $4,800.00 | 0.98% | $492.43 | **$702.43** |

| | N | O | Q | R | S | T | U | V | W | X | Y | Z | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Julio | Jaen | $42.00 | $0.00 | $42.00 | $200.00 | $1,000.00 | $1,284.00 | $84.00 | $1,200.00 | 0.24% | $123.11 | **$207.11** |
| 52 | Kalandadze | Giorgi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 53 | Lopez | Karen | $3,866.40 | $1,620.00 | $5,486.40 | $5,000.00 | $5,000.00 | $20,972.80 | $10,972.80 | $10,000.00 | 2.04% | $1,025.91 | **$11,998.70** |
| 54 | Lopez | Martha R. | $403.44 | $210.00 | $613.44 | $2,800.00 | $5,000.00 | $9,026.88 | $1,226.88 | $7,800.00 | 1.59% | $800.21 | **$2,027.09** |
| 55 | Lopez | Joaquin | $6,535.92 | $1,920.00 | $8,455.92 | $5,000.00 | $5,000.00 | $26,911.84 | $16,911.84 | $10,000.00 | 2.04% | $1,025.91 | **$17,937.75** |
| 56 | Macias | Orly | $127.50 | $0.00 | $127.50 | $500.00 | $2,500.00 | $3,255.00 | $255.00 | $3,000.00 | 0.61% | $307.77 | **$562.77** |
| 57 | Madina | Ismoilova | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 58 | Mamurova | Shokhsanam | $0.00 | $60.00 | $60.00 | $600.00 | $3,000.00 | $3,720.00 | $120.00 | $3,600.00 | 0.73% | $369.33 | **$489.33** |
| 59 | Marin | Rafael | $26.25 | $0.00 | $26.25 | $200.00 | $1,000.00 | $1,252.50 | $52.50 | $1,200.00 | 0.24% | $123.11 | **$175.60** |
| 60 | Martina | Jose S. | $82.50 | $0.00 | $82.50 | $250.00 | $1,250.00 | $1,665.00 | $165.00 | $1,500.00 | 0.31% | $153.89 | **$318.89** |
| 61 | Martinez | Oscar | $0.00 | $180.00 | $180.00 | $1,850.00 | $5,000.00 | $7,210.00 | $360.00 | $6,850.00 | 1.39% | $702.75 | **$1,062.75** |
| 62 | Martinez | Brittney | $227.57 | $330.00 | $557.57 | $4,750.00 | $5,000.00 | $10,865.14 | $1,115.14 | $9,750.00 | 1.99% | $1,000.26 | **$2,115.40** |
| 63 | Martinez | Castaneda | $487.31 | $0.00 | $487.31 | $750.00 | $3,750.00 | $5,474.62 | $974.62 | $4,500.00 | 0.92% | $461.66 | **$1,436.28** |
| 64 | Maturana | Osvaldo | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $123.11 | **$153.10** |
| 65 | Medina | Dayanara | $408.39 | $540.00 | $948.39 | $5,000.00 | $5,000.00 | $11,896.78 | $1,896.78 | $10,000.00 | 2.04% | $1,025.91 | **$2,922.69** |
| 66 | Medina | Alexis R. | $31.88 | $90.00 | $121.88 | $900.00 | $4,500.00 | $5,643.76 | $243.76 | $5,400.00 | 1.10% | $553.99 | **$797.75** |
| 67 | Medina | Jennifer | $1,026.58 | $705.00 | $1,731.58 | $5,000.00 | $5,000.00 | $13,463.16 | $3,463.16 | $10,000.00 | 2.04% | $1,025.91 | **$4,489.07** |
| 68 | Merino | Cristian | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 69 | Merino | Marco | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 70 | Merino | Maria | $127.50 | $0.00 | $127.50 | $250.00 | $1,250.00 | $1,755.00 | $255.00 | $1,500.00 | 0.31% | $153.89 | **$408.88** |
| 71 | Miranda | Maya | $54.30 | $210.00 | $264.30 | $2,500.00 | $5,000.00 | $8,028.60 | $528.60 | $7,500.00 | 1.53% | $769.43 | **$1,298.03** |
| 72 | Morales | Luna | $23.85 | $90.00 | $113.85 | $1,350.00 | $5,000.00 | $6,577.70 | $227.70 | $6,350.00 | 1.29% | $651.45 | **$879.15** |
| 73 | Morillo | Humberto | $217.00 | $0.00 | $217.00 | $300.00 | $1,500.00 | $2,234.00 | $434.00 | $1,800.00 | 0.37% | $184.66 | **$618.66** |
| 74 | Murillo | Marlon | $145.97 | $135.00 | $280.97 | $1,800.00 | $5,000.00 | $7,361.94 | $561.94 | $6,800.00 | 1.38% | $697.62 | **$1,259.56** |
| 75 | Nurmamatov | ShokhrukhN | $6,082.73 | $2,970.00 | $9,052.73 | $5,000.00 | $5,000.00 | $28,105.46 | $18,105.46 | $10,000.00 | 2.04% | $1,025.91 | **$19,131.37** |
| 76 | Obando | Aura | $63.75 | $0.00 | $63.75 | $350.00 | $1,750.00 | $2,227.50 | $127.50 | $2,100.00 | 0.43% | $215.44 | **$342.94** |
| 77 | Ochoo | Rofoel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 78 | Ortego | Martiza | $114.46 | $480.00 | $594.46 | $5,000.00 | $5,000.00 | $11,188.92 | $1,188.92 | $10,000.00 | 2.04% | $1,025.91 | **$2,214.84** |
| 79 | Palacio | Leon | $285.74 | $0.00 | $285.74 | $500.00 | $2,500.00 | $3,571.48 | $571.48 | $3,000.00 | 0.61% | $307.77 | **$879.25** |
| 80 | Perez | Karina | $0.00 | $675.00 | $675.00 | $2,250.00 | $5,000.00 | $8,600.00 | $1,350.00 | $7,250.00 | 1.48% | $743.78 | **$2,093.79** |
| 81 | Perez | Tiffany | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 82 | Potes | Lady | $598.25 | $390.00 | $988.25 | $5,000.00 | $5,000.00 | $11,976.50 | $1,976.50 | $10,000.00 | 2.04% | $1,025.91 | **$3,002.40** |
| 83 | Qasem | Saleh | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 84 | Quiceno | David | $251.20 | $1,515.00 | $1,766.20 | $5,000.00 | $5,000.00 | $13,532.40 | $3,532.40 | $10,000.00 | 2.04% | $1,025.91 | **$4,558.30** |
| 85 | Quinones | Eveling | $0.00 | $104.00 | $104.00 | $400.00 | $2,000.00 | $2,608.00 | $208.00 | $2,400.00 | 0.49% | $246.22 | **$454.22** |
| 86 | Raeziul | Gerardo | $286.73 | $240.00 | $526.73 | $2,350.00 | $5,000.00 | $8,403.46 | $1,053.46 | $7,350.00 | 1.50% | $754.04 | **$1,807.50** |
| 87 | Raeziul | Jonathan | $392.78 | $180.00 | $572.78 | $3,050.00 | $5,000.00 | $9,195.56 | $1,145.56 | $8,050.00 | 1.64% | $825.85 | **$1,971.40** |
| 88 | Raezuil | Alma | $135.99 | $1,860.00 | $1,995.99 | $5,000.00 | $5,000.00 | $13,991.98 | $3,991.98 | $10,000.00 | 2.04% | $1,025.91 | **$5,017.90** |
| 89 | Rames | Meily | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 90 | Ramirez | Suleyma | $243.19 | $135.00 | $378.19 | $2,550.00 | $5,000.00 | $8,306.38 | $756.38 | $7,550.00 | 1.54% | $774.56 | **$1,530.94** |
| 91 | Ramirez | Joseph | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 92 | Reyes | Alex A. | $234.50 | $0.00 | $234.50 | $600.00 | $3,000.00 | $4,069.00 | $469.00 | $3,600.00 | 0.73% | $369.33 | **$838.33** |
| 93 | Rios | Tiffany | $49.00 | $0.00 | $49.00 | $250.00 | $1,250.00 | $1,598.00 | $98.00 | $1,500.00 | 0.31% | $153.89 | **$251.89** |
| 94 | Robert | John | $599.21 | $480.00 | $1,079.21 | $5,000.00 | $5,000.00 | $12,158.42 | $2,158.42 | $10,000.00 | 2.04% | $1,025.91 | **$3,184.33** |
| 95 | Rodriguez | Estephanie J. | $118.35 | $300.00 | $418.35 | $2,750.00 | $5,000.00 | $8,586.70 | $836.70 | $7,750.00 | 1.58% | $795.08 | **$1,631.79** |
| 96 | Rojas | Daysi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 97 | Rosales | Tahirin U. | $111.53 | $0.00 | $111.53 | $600.00 | | $823.06 | $223.06 | $600.00 | 0.12% | $61.55 | **$284.61** |
| 98 | Rucker | Derrica | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 99 | Rucker | Denise | $192.78 | $285.00 | $477.78 | $3,300.00 | $5,000.00 | $9,255.56 | $955.56 | $8,300.00 | 1.69% | $851.50 | **$1,807.06** |
| 100 | Sanchez | Giovanni | $421.06 | $135.00 | $556.06 | $1,400.00 | $5,000.00 | $7,512.12 | $1,112.12 | $6,400.00 | 1.30% | $656.58 | **$1,768.71** |
| 101 | Serrano | Norelvi | $0.00 | $270.00 | $270.00 | $2,150.00 | $5,000.00 | $7,690.00 | $540.00 | $7,150.00 | 1.46% | $733.52 | **$1,273.52** |
| 102 | Sicajau | Bayron | $1,692.57 | $2,430.00 | $4,122.57 | $5,000.00 | $5,000.00 | $18,245.14 | $8,245.14 | $10,000.00 | 2.04% | $1,025.91 | **$9,271.05** |
| 103 | Sinchi | Danny | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 104 | Sinchi | Marlen | $301.52 | $90.00 | $391.52 | $2,200.00 | $5,000.00 | $7,983.04 | $783.04 | $7,200.00 | 1.47% | $738.65 | **$1,521.70** |

| | N | O | Q | R | S | T | U | V | W | X | Y | Z | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | Solares | Joudant | $132.98 | $195.00 | $327.98 | $2,350.00 | $5,000.00 | $8,005.96 | $655.96 | $7,350.00 | 1.50% | $754.04 | **$1,410.00** |
| 106 | Sosa | Mario | $0.00 | $45.00 | $45.00 | $400.00 | $2,000.00 | $2,490.00 | $90.00 | $2,400.00 | 0.49% | $246.22 | **$336.22** |
| 107 | Sosa | Fernando | $54.90 | $255.00 | $309.90 | $3,100.00 | $5,000.00 | $8,719.80 | $619.80 | $8,100.00 | 1.65% | $830.98 | **$1,450.78** |
| 108 | Stewart | Theresa | $56.04 | $180.00 | $236.04 | $2,600.00 | $5,000.00 | $8,072.08 | $472.08 | $7,600.00 | 1.55% | $779.69 | **$1,251.77** |
| 109 | Stewartt | Ivan | $0.00 | $15.00 | $15.00 | $150.00 | $750.00 | $930.00 | $30.00 | $900.00 | 0.18% | $92.33 | **$122.34** |
| 110 | Tevdorashvili | Tsotne | $10.13 | $60.00 | $70.13 | $800.00 | $4,000.00 | $4,940.26 | $140.26 | $4,800.00 | 0.98% | $492.43 | **$632.69** |
| 111 | Toirjonova | Mokhira | $122.11 | $510.00 | $632.11 | $4,150.00 | $5,000.00 | $10,414.22 | $1,264.22 | $9,150.00 | 1.86% | $938.70 | **$2,202.92** |
| 112 | Tolentino | William | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 113 | Urbano | Norman | $0.00 | $15.00 | $15.00 | $200.00 | $1,000.00 | $1,230.00 | $30.00 | $1,200.00 | 0.24% | $123.11 | **$153.11** |
| 114 | Valencia | Ramon | $4,716.16 | $720.00 | $5,436.16 | $5,000.00 | $5,000.00 | $20,872.32 | $10,872.32 | $10,000.00 | 2.04% | $1,025.91 | **$11,898.23** |
| 115 | Valladolid | Jenny | $502.28 | $225.00 | $727.28 | $1,800.00 | $5,000.00 | $8,254.56 | $1,454.56 | $6,800.00 | 1.38% | $697.62 | **$2,152.18** |
| 116 | Valle | Jason | $798.48 | $360.00 | $1,158.48 | $3,800.00 | $5,000.00 | $11,116.96 | $2,316.96 | $8,800.00 | 1.79% | $902.80 | **$3,219.77** |
| 117 | Vasconcelos | William | $39.76 | $945.00 | $984.76 | $3,150.00 | $5,000.00 | $10,119.52 | $1,969.52 | $8,150.00 | 1.66% | $836.11 | **$2,805.63** |
| 118 | Vergara | Yeison G. | $232.74 | $255.00 | $487.74 | $2,250.00 | $5,000.00 | $8,225.48 | $975.48 | $7,250.00 | 1.48% | $743.78 | **$1,719.26** |
| 119 | Vidal | Hector | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | **$0.00** |
| 120 | Vidal | Fernando | $0.00 | $15.00 | $15.00 | $250.00 | $1,250.00 | $1,530.00 | $30.00 | $1,500.00 | 0.31% | $153.89 | **$183.89** |
| 121 | Wallace | Zyshonne | $37.50 | $90.00 | $127.50 | $900.00 | $4,500.00 | $5,655.00 | $255.00 | $5,400.00 | 1.10% | $553.99 | **$809.00** |
| 122 | CLASS TOTALS | | **$43,019.23** | **$34,752.00** | **$77,771.23** | **$174,900.00** | **$316,250.00** | **$646,692.46** | **$155,542.46** | **$491,150.00** | **100.00%** | **$50,387.37** | **$205,929.83** |

| | | | |
|---|---|---|---|
| **Averages** | $605.90 | $496.46 | $893.92 |
| **Lowest** | $1.28 | $13.00 | $1.28 |
| **Highest** | $6,535.92 | $6,405.00 | $9,052.73 |

| | |
|---|---|
| Sett. Amount | $350,000.00 |
| Attorneys' Fees | $116,666.67 |
| Costs | $1,139.50 |
| Sett. Admin. | $11,264.00 |
| Service Awards | $15,000.00 |
| Reserve Fund | $0.00 |
| Wages + LDs | $155,542.46 |
| Net QSF | $205,929.83 |
| **Minus Col. W:** | **$50,387.37** |