*Valencia v. Live Lion Security LLC*
No. 21 Civ. 448 (PK)

# EXHIBIT 3

# Contemporaneous Billing Records of Pechman Law Group PLLC

Affirmation of Louis Pechman in Support of
Motion for Final Settlement Approval

# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 Madison Avenue, Suite 1704
New York, New York 10022
Phone: (212) 583-9500
www.pechmanlaw.com

## INVOICE

Invoice # 254
Date: 08/05/2022

Ramon Arquindes Valencia

## Live Lion Security

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| MA | 12/23/2020 | Consult with Ramon A. Valencia from Live Lion Security. | 1.10 | $225.00 | $247.50 |
| GC | 12/23/2020 | Review notes from consult by Albert and continue consult with her and Valencia. | 0.60 | $500.00 | $300.00 |
| GC | 12/24/2020 | Discuss facts of case and potential class action with Pechman, including how to proceed with it and where to file it (EDNY as opposed to | 0.20 | $500.00 | $100.00 |

| | | state court). | | | |
|------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
| LP | 12/24/2020 | Discussion with Cuadra about case facts and filing in EDNY. | 0.20 | $600.00 | $120.00 |
| GC | 01/13/2021 | Review facts of case in connection with initial drafting of class and collective action complaint. | 0.40 | $500.00 | $200.00 |
| MA | 01/14/2021 | Review, analyze, and take notes on all hourly reports received from client (over 220 pages) in preparation for drafting complaint with examples of legal violations with references to specific workweeks. | 3.70 | $225.00 | $832.50 |
| GC | 01/14/2021 | Call with Valencia to review information in documents provided and information about other employees at Live Lion, including individuals who could opt-in to the action. | 0.40 | $500.00 | $200.00 |
| MA | 01/15/2021 | Continue drafting Class Action Complaint based on information from consult and additional information received from client. | 2.80 | $225.00 | $630.00 |
| MA | 01/19/2021 | Finalize first complete draft of the Live Lion Class Action Complaint, including review of main facts asserted in it, with client. | 2.70 | $225.00 | $607.50 |
| GC | 01/22/2021 | Review and revise class action complaint to include | 1.40 | $500.00 | $700.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | specific information from documents received from client (e.g., specific examples of workweeks with amounts owed) and spread-of-hours claim based on documents from client, information from client's intake, and information from Albert's notes on documents received. | | | |
| LP | 01/22/2021 | Review and comment on Complaint. | 0.60 | $600.00 | $360.00 |
| GC | 01/22/2021 | Discuss main facts of case, claims, legal theories, and potential size of class with Pechman. | 0.30 | $500.00 | $150.00 |
| LP | 01/22/2021 | Discussion of facts, potential liability, and claims with Cuadra in preparation for review of complaint. | 0.30 | $600.00 | $180.00 |
| GC | 01/26/2021 | Review and comment on civil cover sheet and Spanish/English consent to sue form, then send comments back to Albert to edit documents. | 0.20 | $500.00 | $100.00 |
| GC | 01/26/2021 | Review, revise, and put Complaint in final for filing. | 0.40 | $500.00 | $200.00 |
| MA | 01/27/2021 | File Complaint, Coversheet, and Summonses on EDNY ECF. | 0.40 | $225.00 | $90.00 |
| MA | 01/28/2021 | Telephone call with Valencia about the filing of the complaint and the | 0.20 | $225.00 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | required "consent to be Party Plaintiff" form, including what the form is, why it is required, and how other employees can sign it to join the case. | | | |
| GC | 02/04/2021 | Email defendants re: complaint enclosed, should speak to their attorneys and have them speak with us. | 0.10 | $500.00 | $50.00 |
| GC | 02/11/2021 | Initial call with Jennifer Kim of Book & Moskowitz, defense counsel, re: they were retained and waiver of service. | 0.20 | $500.00 | $100.00 |
| GC | 02/16/2021 | Call with Norvelis Serrano re: intake consult, pay at Live Lion, hours worked, periods of employment, work performed by others (and their hours worked and pay received), documents in her possession, description of what case is about (including explanation of why she was paid incorrectly and can join the lawsuit), and her rights by joining the lawsuit. | 0.90 | $500.00 | $450.00 |
| GC | 02/16/2021 | Draft waiver of service and send it to defense counsel. | 0.20 | $500.00 | $100.00 |
| GC | 02/17/2021 | Discuss Norvelis's facts stated, as well as information received from her, with Pechman and explain how it makes case stronger (including additional | 0.30 | $500.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | information about other employees, how frequently employees worked overtime, and general pay practices at Live Lion). | | | |
| LP | 02/17/2021 | Discussion with Cuadra about additional facts obtained from opt-in plaintiff's intake consult. | 0.30 | $600.00 | $180.00 |
| GC | 02/18/2021 | Call with Kim, defense counsel, re: potential settlement discussions, class-wide settlement, allegations in complaint and case, information proving case, and future call with Pechman and Chaim to discuss in more detail. | 0.20 | $500.00 | $100.00 |
| GC | 03/02/2021 | Call with Valencia re: status of case, appearance of defendants, who defense counsel is, people who have called firm and may join case, and reaching out to other employees who can join case. | 0.20 | $500.00 | $100.00 |
| GC | 03/15/2021 | Call with Serrano re: opt-in form and information in case needed for class action certification later on. | 0.20 | $500.00 | $100.00 |
| GC | 04/26/2021 | Discuss Defendants' admissions with Pechman. | 0.20 | $500.00 | $100.00 |
| LP | 04/26/2021 | Discussion with Cuadra about Defendants' admissions in Answer. | 0.20 | $600.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| GC | 06/01/2021 | Email defense counsel re: should have Rule 26 conference even if it is not required by the Court, so that parties can discuss discovery and potential resolution. | 0.10 | $500.00 | $50.00 |
| GC | 06/02/2021 | Discussion with Pechman and defense counsel, Christopher Neff, re: discovery in case (including documents in plaintiffs' possession and what they show, as well as documents in defendants' possession and what Defendants say they show), potential motion for class action certification, requesting a mediation, and proceeding to mediation on a class basis to preserve resources. | 0.40 | $500.00 | $200.00 |
| LP | 06/02/2021 | Telephone conference with defense counsel re: settlement possibilities and discovery. | 0.40 | $600.00 | $240.00 |
| GC | 06/11/2021 | Discuss drafting of document requests, interrogatories, and initial disclosures with Albert. | 0.20 | $500.00 | $100.00 |
| MA | 06/11/2021 | Call with Valencia to discuss initial disclosures and obtain information about additional individuals with discoverable information. | 0.30 | $225.00 | $67.50 |
| MA | 06/11/2021 | Draft Plaintiff's Rule 26 initial disclosures and send | 0.80 | $225.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | to Cuadra for review. | | | |
| MA | 06/11/2021 | Discuss drafting of document requests, interrogatories, and initial disclosures with Cuadra. | 0.20 | $225.00 | $45.00 |
| GC | 06/14/2021 | Review Court's discovery order in connection with explaining to Albert what it is that has to be produced to defense counsel, the statement that must be written to defense counsel, and what the parties will have to request to amend in the Court's order to proceed with mediation on a class-wide basis. | 0.30 | $500.00 | $150.00 |
| MA | 06/14/2021 | Draft letter to Judge Kuo regarding ECF. No. 5 and send to Cuadra for review. | 0.70 | $225.00 | $157.50 |
| GC | 06/14/2021 | Email defense counsel re: class-wide discovery agreed to, need to comply with Court's discovery order, and need to inform Court of parties' plan to proceed to mediation on a class-wide basis. | 0.20 | $500.00 | $100.00 |
| MA | 06/14/2021 | Draft letter to defense counsel regarding initial discovery, sent to Cuadra for review. | 1.50 | $225.00 | $337.50 |
| GC | 06/14/2021 | Review and revise joint letter to court re: mediation will proceed on a class-wide basis and so the parties | 0.30 | $500.00 | $150.00 |

|  |  | request to adjourn it. |  |  |  |
|----|----|----|----|----|----|
| MA | 06/14/2021 | Review documents received from clients, redact and prepare for production to go along with letter to Defendants. | 0.60 | $225.00 | $135.00 |
| GC | 06/14/2021 | Review and revise letter to defense counsel required by ECF No. 5. | 0.90 | $500.00 | $450.00 |
| LP | 06/14/2021 | Review letter to defense counsel re: damages. | 0.20 | $600.00 | $120.00 |
| GC | 06/15/2021 | Call with defense counsel re: edits to joint letter to Court. | 0.20 | $500.00 | $100.00 |
| GC | 06/15/2021 | Revise letter to court following call with defense counsel. | 0.20 | $500.00 | $100.00 |
| GC | 06/15/2021 | Revise letter to defense counsel re: initial production and other information required in ECF No. 5. | 0.10 | $500.00 | $50.00 |
| GC | 06/16/2021 | Finalize and file joint letter-motion to court following receipt of final edits and confirmation from defense counsel. | 0.10 | $500.00 | $50.00 |
| GC | 06/16/2021 | Finalize and submit to defense counsel plaintiffs' first production and letter required by ECF No. 5. | 0.10 | $500.00 | $50.00 |
| GC | 06/16/2021 | Discussion with Pechman about mediators defendants proposed. | 0.10 | $500.00 | $50.00 |
| LP | 06/16/2021 | Discussion with Cuadra re: | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | mediators proposed by defendants. | | | |
| GC | 06/22/2021 | Email defense counsel re: production of payroll records for class. | 0.10 | $500.00 | $50.00 |
| GC | 06/23/2021 | Initial review of defendants' production in connection with emailing defense counsel re: missing information for half the proposed class period. | 0.30 | $500.00 | $150.00 |
| GC | 06/28/2021 | Draft damages spreadsheet, with all formulas for calculations, and complete damages for named plaintiff Valencia. | 1.80 | $500.00 | $900.00 |
| GC | 07/08/2021 | Review payroll and time worked data received from defendants for the class in connection with working ways to convert it to Excel format to expedite analysis and use of data for damages calculations. | 0.60 | $500.00 | $300.00 |
| GC | 07/27/2021 | Call with Valencia re: status of case, information in documents received to date, information in his own documents and how they compare to defendants' production, how damages are calculated, what happens next in case, review of information in Defendants' records, and potential date for mediation. | 0.50 | $500.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| GC | 07/27/2021 | Call with Serrano to discuss the information in Defendants' documents produced (including their accuracy), how they compare to Serrano's own documents, and the dates Live Lion existed. | 0.30 | $500.00 | $150.00 |
| GC | 07/28/2021 | Explain damages calculations to Albert, so that she can do the calculations for the class. | 0.40 | $500.00 | $200.00 |
| MA | 07/28/2021 | Zoom call with Cuadra to review documents produced by Defendants in order to draft damages. | 0.40 | $225.00 | $90.00 |
| MA | 07/28/2021 | Begin class damage calculations based on payroll records produced by defendants. | 1.20 | $225.00 | $270.00 |
| MA | 07/29/2021 | Continue extracting data from documents produced by defendants to calculate damages. | 3.50 | $225.00 | $787.50 |
| MA | 07/30/2021 | Continue extracting hours worked and pay rate from records produced by defendants to calculate damages. | 3.90 | $225.00 | $877.50 |
| MA | 08/02/2021 | Continue working on damage calculations based on records produced by defendants. | 5.70 | $225.00 | $1,282.50 |
| MA | 08/03/2021 | Continue working on damage calculations, | 2.80 | $225.00 | $630.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | specifically inputting spread-of-hours shifts worked, and days worked per week. | | | |
| MA | 08/04/2021 | Continue inputting damages, specifically inputting spread-of-hours shifts and days worked. | 2.90 | $225.00 | $652.50 |
| MA | 08/05/2021 | Continue inputting spread-of-hours shifts and days worked for damage calculations. | 3.30 | $225.00 | $742.50 |
| MA | 08/06/2021 | Continue inputting the spread of hours shifts and days worked for damage calculations. | 4.60 | $225.00 | $1,035.00 |
| MA | 08/11/2021 | Finish damages, including total plaintiff's spreadsheet and spread-of-hours, and days worked. | 3.70 | $225.00 | $832.50 |
| GC | 08/11/2021 | Initial review of damages calculations. | 0.30 | $500.00 | $150.00 |
| GC | 08/19/2021 | Begin review and revision of damages calculations for class. | 1.20 | $500.00 | $600.00 |
| GC | 08/19/2021 | Continue damages calculations. | 1.40 | $500.00 | $700.00 |
| GC | 08/20/2021 | Continue damages calculations. | 0.90 | $500.00 | $450.00 |
| GC | 08/20/2021 | Continue revision of damages calculations. | 1.50 | $500.00 | $750.00 |
| MA | 08/23/2021 | Zoom with Cuadra to discuss edits that need to be made on damages | 0.30 | $225.00 | $67.50 |

| | | spreadsheet. | | | |
|---|---|---|---|---|---|
| GC | 08/23/2021 | Continued review of damages calculations spreadsheet. | 0.40 | $500.00 | $200.00 |
| GC | 08/23/2021 | Review damages calculations with Albert, including necessary revisions, information that must be added to them from documents defendants produced, and formulas to be updated. | 0.30 | $500.00 | $150.00 |
| MA | 08/23/2021 | Revise damages spreadsheet per Cuadra's instructions, including correcting sheet names on summary page, correcting and updating number of days worked and WTPA damages, and fixing circulate formulas in calculations. | 2.80 | $225.00 | $630.00 |
| GC | 08/23/2021 | Review, revise, and finalize damages calculations. | 0.30 | $500.00 | $150.00 |
| MA | 08/24/2021 | Draft explanatory email for class damages and update spreadsheet, email to Cuadra for final review. | 2.70 | $225.00 | $607.50 |
| GC | 08/25/2021 | Finalize and send damages calculations with explanatory email to defense counsel. | 1.20 | $500.00 | $600.00 |
| GC | 08/30/2021 | Email defense counsel re: status update due to court tomorrow, need to ask for a mediation and proposed | 0.10 | $500.00 | $50.00 |

| | | dates. | | | |
|---|---|---|---|---|---|
| GC | 08/30/2021 | Draft and send status report to defense counsel for review. | 0.30 | $500.00 | $150.00 |
| GC | 08/30/2021 | Finalize and file joint status report. | 0.20 | $500.00 | $100.00 |
| GC | 08/31/2021 | Begin review of potential mediators for October mediation. | 0.10 | $500.00 | $50.00 |
| GC | 08/31/2021 | Research potential mediators. | 0.30 | $500.00 | $150.00 |
| GC | 09/01/2021 | Email mediators re: potentially serving as mediators for parties. | 0.20 | $500.00 | $100.00 |
| MA | 09/14/2021 | Attempt to call client to inform him of mediation date, sent message on WA with details. | 0.20 | $225.00 | $45.00 |
| GC | 09/24/2021 | Begin review of facts of case and documents received from defendants in preparation for call with mediator and defense counsel at 3 p.m. | 0.30 | $500.00 | $150.00 |
| GC | 09/24/2021 | Call with defense counsel, Pechman, and Goldstein (mediator) to discuss facts of case, damages so far, discussions about settlement, disputes, and upcoming mediation logistics. | 0.30 | $500.00 | $150.00 |
| LP | 09/24/2021 | Zoom call with Cuadra, mediator, and defense | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | counsel to discuss facts of case, damages so far, settlement strategy, parties' disputes, and how parties can proceed to mediation. | | | |
| GC | 09/28/2021 | Review EDNY mediation materials, including contract received from mediator, and send back signed agreement to mediator. | 0.40 | $500.00 | $200.00 |
| GC | 10/04/2021 | Begin drafting mediation position statement. | 1.10 | $500.00 | $550.00 |
| GC | 10/04/2021 | Finalize first full draft of settlement position statement. | 0.90 | $500.00 | $450.00 |
| GC | 10/04/2021 | Call with Valencia to review and confirm facts in position statement. | 0.20 | $500.00 | $100.00 |
| GC | 10/04/2021 | Call with Serrano to confirm facts in position statement. | 0.10 | $500.00 | $50.00 |
| LP | 10/05/2021 | Review and revise mediation position statement. | 0.80 | $600.00 | $480.00 |
| GC | 10/05/2021 | Finalize and submit mediation position statement to Goldstein, mediator. | 0.50 | $500.00 | $250.00 |
| MA | 10/18/2021 | Call with Valencia to confirm attendance at mediation. | 0.10 | $225.00 | $22.50 |
| MA | 10/18/2021 | Attempted call to Serrano to confirm attendance at mediation, send WA message re same. | 0.10 | $225.00 | $22.50 |
| LP | 10/18/2021 | Discussion with Cuadra | 0.60 | $600.00 | $360.00 |

| | | re:stategy for mediation. | | | |
|---|---|---|---|---|---|
| GC | 10/18/2021 | Discussion with Pechman re: mediation strategy, including damages in case, how they were calculated, facts of case (including those in dispute and those admitted), potential settlement amounts for class, and how to negotiate most effectively with Goldstein and defense counsel. | 0.60 | $500.00 | $300.00 |
| GC | 10/19/2021 | Review facts of case, production, and damages calculations in preparation for mediation. | 0.30 | $500.00 | $150.00 |
| GC | 10/19/2021 | Discuss and re-confirm facts of case, damages, and discovery with both clients. | 0.20 | $500.00 | $100.00 |
| GC | 10/19/2021 | Attend and participate in mediation with clients and Albert and Pechman (Pechman present for part of time), in which case was ultimately resolved in principle. | 7.60 | $500.00 | $3,800.00 |
| GC | 10/19/2021 | Draft settlement term sheet based on agreement in principle reached at mediation. | 0.90 | $500.00 | $450.00 |
| MA | 10/19/2021 | Attend and take notes in mediation with clients and Cuadra and Pechman (Pechman present for part of time), in which case was ultimately resolved in | 7.60 | $225.00 | $1,710.00 |

| | | principle. | | | |
|----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|------------|
| LP | 10/19/2021 | Attend portions of mediation. | 4.70 | $600.00 | $2,820.00 |
| LP | 10/20/2021 | Review and revise term sheet. | 1.20 | $600.00 | $720.00 |
| GC | 10/22/2021 | Finalize first complete draft of settlement term sheet and send it to defense counsel. | 0.70 | $500.00 | $350.00 |
| GC | 10/26/2021 | Review and revise term sheet and send it back with explanation of changes to defense counsel. | 0.30 | $500.00 | $150.00 |
| GC | 10/27/2021 | Review and revise settlement term sheet and send it back to defense counsel for further review. | 0.20 | $500.00 | $100.00 |
| GC | 10/27/2021 | Finalize and send executed term sheet back to defense counsel. | 0.10 | $500.00 | $50.00 |
| LP | 10/28/2021 | Review email from mediator Goldstein re: status. | 0.10 | $600.00 | $60.00 |
| GC | 11/09/2021 | Review and comment on draft status update to court. | 0.10 | $500.00 | $50.00 |
| GC | 11/10/2021 | Email defense counsel re: telling court this is a class action settlement, not an individual settlement under Cheeks, and that we need more time for all settlement papers to be submitted as part of the settlement terms. | 0.10 | $500.00 | $50.00 |
| GC | 11/12/2021 | Draft joint letter-motion to Judge Kuo re: scheduling of | 0.40 | $500.00 | $200.00 |

| | | payments in settlement, settlement terms, and Order does not account for fact that this is a class action settlement. | | | |
|---|---|---|---|---|---|
| GC | 11/12/2021 | Review and revise letter-motion to court re: settlement, schedule for submitting motions, and reference order. | 0.20 | $500.00 | $100.00 |
| GC | 12/29/2021 | Discuss distributions of settlement amount with Pechman in preparation for revision of settlement agreement. | 0.20 | $500.00 | $100.00 |
| GC | 12/29/2021 | Review and revise all settlement agreement documents (draft agreement, all exhibits, and settlement shares chart). | 8.20 | $500.00 | $4,100.00 |
| LP | 12/29/2021 | Discussion with Cuadra re: settlement distribution. | 0.20 | $600.00 | $120.00 |
| MA | 12/30/2021 | Final proofreading of class settlement agreement and exhibits. | 0.80 | $225.00 | $180.00 |
| GC | 01/04/2022 | Review and revise settlement agreement and all of its exhibits and send them to defense counsel. | 2.20 | $500.00 | $1,100.00 |
| GC | 01/18/2022 | Email defense counsel re: status of revisions to settlement agreement and production of class list. | 0.10 | $500.00 | $50.00 |
| GC | 01/18/2022 | Review revisions to | 0.40 | $500.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | settlement agreement received from defense counsel. | | | |
| GC | 01/18/2022 | Finalize and send settlement agreement to defense counsel. | 0.20 | $500.00 | $100.00 |
| GC | 01/19/2022 | Discuss settlement structure and preliminary approval motion with Pechman. | 0.10 | $500.00 | $50.00 |
| GC | 01/19/2022 | Email defense counsel re: payment terms in agreement are still acceptable and suggestion for new term, if defendants are willing to accept it. | 0.10 | $500.00 | $50.00 |
| LP | 01/19/2022 | Discussion with Cuadra re: settlement structure. | 0.10 | $600.00 | $60.00 |
| MA | 01/21/2022 | Call with Valencia and Serrano regarding scheduling zoom to review and sign settlement agreement. | 0.10 | $225.00 | $22.50 |
| GC | 01/24/2022 | Begin drafting motion for preliminary settlement approval. | 0.30 | $500.00 | $150.00 |
| GC | 01/24/2022 | Draft letter to Judge Matsumoto re: referral of matter to Judge Kuo and send it to defense counsel for review. | 0.10 | $500.00 | $50.00 |
| GC | 01/24/2022 | Continue drafting preliminary settlement approval motion. | 1.70 | $500.00 | $850.00 |

| MA | 01/27/2022 | Review entire settlement agreement, including exhibits, in Spanish with Valencia and Serrano. | 1.30 | $225.00 | $292.50 |
|----|------------|-----------|------|---------|---------|
| MA | 01/27/2022 | Send settlement agreement to Valencia and Serrano for signature. | 0.10 | $225.00 | $22.50 |
| GC | 01/27/2022 | Finalize and file joint letter motion requesting referral to magistrate judge. | 0.10 | $500.00 | $50.00 |
| GC | 01/27/2022 | Finalize and submit signed settlement agreement to defense counsel. | 0.10 | $500.00 | $50.00 |
| GC | 01/31/2022 | Continue drafting preliminary settlement approval motion. | 1.30 | $500.00 | $650.00 |
| GC | 01/31/2022 | Continue drafting motion for preliminary settlement approval. | 1.10 | $500.00 | $550.00 |
| GC | 01/31/2022 | Continue drafting motion for preliminary settlement approval. | 1.90 | $500.00 | $950.00 |
| GC | 01/31/2022 | Continue drafting motion for preliminary settlement approval. | 0.30 | $500.00 | $150.00 |
| GC | 01/31/2022 | Continue drafting motion for class action settlement approval. | 0.40 | $500.00 | $200.00 |
| GC | 01/31/2022 | Continue drafting motion for preliminary settlement approval. | 0.30 | $500.00 | $150.00 |
| GC | 01/31/2022 | Continue drafting motion for preliminary settlement | 0.80 | $500.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | approval. | | | |
| GC | 02/01/2022 | Continue review and revision of motion for preliminary settlement approval. | 0.70 | $500.00 | $350.00 |
| GC | 02/01/2022 | Emails with Rust Consulting Inc, potential claims administrator, re: quote for work and work to be done. | 0.10 | $500.00 | $50.00 |
| GC | 02/01/2022 | Continue drafting motion for preliminary settlement approval. | 0.80 | $500.00 | $400.00 |
| GC | 02/01/2022 | Finalize fist full draft of motion for preliminary approval papers. | 4.20 | $500.00 | $2,100.00 |
| GC | 02/03/2022 | Email defense counsel re: motion for preliminary approval and Rust Consulting's estimated fee. | 0.10 | $500.00 | $50.00 |
| GC | 02/04/2022 | Continue review and revision of motion for preliminary settlement approval. | 0.70 | $500.00 | $350.00 |
| GC | 02/04/2022 | Review and revise motion for preliminary approval. | 0.60 | $500.00 | $300.00 |
| GC | 02/04/2022 | Finalize motion for preliminary settlement approval and file. | 1.30 | $500.00 | $650.00 |
| LP | 02/04/2022 | Review preliminary approval motion papers. | 0.60 | $600.00 | $360.00 |
| GC | 02/22/2022 | Review motion for preliminary settlement approval in preparation for | 0.10 | $500.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conference call with Judge Kuo and defense counsel. | | | |
| GC | 02/22/2022 | Preliminary approval conference call with defense counsel, Albert, and Judge Kuo, at which Judge Kuo said she would preliminarily approve the settlement. | 0.40 | $500.00 | $200.00 |
| MA | 02/22/2022 | Attend court conference regarding the preliminary approval of class/collective with Cuadra. | 0.40 | $225.00 | $90.00 |
| GC | 02/22/2022 | Email defense counsel timeline of all upcoming events under the settlement, from preliminary settlement approval through mailing of settlement checks. | 0.20 | $500.00 | $100.00 |
| MA | 02/22/2022 | File notice of appearance. | 0.10 | $225.00 | $22.50 |
| GC | 02/22/2022 | Review email from Rust Consulting with upcoming due dates. | 0.10 | $500.00 | $50.00 |
| GC | 02/23/2022 | Email Claims Administrator, Rust Consulting, re: court preliminarily approved settlement and upcoming due dates under settlement agreement. | 0.10 | $500.00 | $50.00 |
| GC | 02/23/2022 | Draft Excel chart summarizing all major events to take place under settlement, then share it with both defense counsel and Rust Consulting. | 0.70 | $500.00 | $350.00 |

| GC | 02/25/2022 | Emails with defense counsel and claims administrator re: upcoming deadlines, translation of notices, and information about settlement shares to be provided. | 0.20 | $500.00 | $100.00 |
|----|-----------|-----|------|---------|---------|
| GC | 02/25/2022 | Email Rust Consulting, with defense counsel cc'd, re: why information Counsel for Defendants provided cannot be completely used (i.e., not all individuals listed are class members under the settlement because they did not all sustain damages), calculation of settlement shares, information to be included in class notices, who is a class member in class counsel's damages calculations, and how to use the calculations for settlement administration purposes. | 0.20 | $500.00 | $100.00 |
| GC | 02/28/2022 | Email with defense counsel and Rust Consulting re: correct amount of settlement fund, recalculation of it, and provision of data to Rust Consulting for settlement administration duties. | 0.10 | $500.00 | $50.00 |
| GC | 03/01/2022 | Review all contact information, emails, socials, addresses, and estimated settlement shares in master chart, and confirm the information is correct, to send to Defense Counsel for final review before sending | 1.10 | $500.00 | $550.00 |

| | | to Rust Consulting. | | | |
|---|---|---|---|---|---|
| GC | 03/01/2022 | Final review of data for Rust Consulting, then send it to Rust Consulting. | 0.10 | $500.00 | $50.00 |
| GC | 03/02/2022 | Email Rust Consulting re: updated information for estimated settlement shares, including formula updates for their calculation. | 0.10 | $500.00 | $50.00 |
| GC | 03/02/2022 | Correct damages and estimated settlement shares spreadsheet received from Rust Consulting and email corrected version back to Rust with explanation of all changes and new formulas used and why they are required under settlement agreement. | 0.60 | $500.00 | $300.00 |
| GC | 03/03/2022 | Review Rust's email about settlement share formulas in connection with revision of formulas used to get exact amounts, down to 8 decimal places, for all Class Members' settlement shares to avoid having amounts over the settlement payment amount, in connection with sending revised calculations to Rust Consulting. | 0.60 | $500.00 | $300.00 |
| GC | 03/10/2022 | Begin review and translation of Live Lion settlement notice. | 2.10 | $500.00 | $1,050.00 |
| GC | 03/10/2022 | Finalize translation and revision of class notice and | 0.50 | $500.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | send it to Albert for final review. | | | |
| MA | 03/11/2022 | Review and edit the Class Notice and Spanish version, send edits back to Cuadra. | 1.00 | $225.00 | $225.00 |
| GC | 03/11/2022 | Email defense counsel re: Spanish notice translation, how it was translated, and defendants can review it at their own expense with a Spanish vendor if they want to. | 0.10 | $500.00 | $50.00 |
| GC | 03/14/2022 | Emails with Rust Consulting and defense counsel re: translation of notices and provision of them to Rust Consulting. | 0.10 | $500.00 | $50.00 |
| GC | 03/15/2022 | Finalize and send class notices to Rust Consulting. | 0.10 | $500.00 | $50.00 |
| GC | 03/22/2022 | Review four sample final class action notices to be mailed to class members and confirm by email to Rust Consulting that they can be mailed on 3/24/22. | 0.20 | $500.00 | $100.00 |
| GC | 03/23/2022 | Email Rust Consulting and defense counsel re: reminder of payment obligations (i.e., deposits) starting on April 1 and Rust has to set up bank account (i.e., the QSF under the settlement agreement). | 0.10 | $500.00 | $50.00 |
| GC | 03/28/2022 | Review upcoming deadlines under settlement agreement and compare them to dates | 0.10 | $500.00 | $50.00 |

| | | received from Rust Consulting. | | | |
|---|---|---|---|---|---|
| MA | 04/01/2022 | Call with Valencia and Cuadra re settlement distribution and class representative reward. | 0.40 | $225.00 | $90.00 |
| MA | 04/01/2022 | Email correspondence with Rust Consulting re Valencia's address for notice. | 0.10 | $225.00 | $22.50 |
| GC | 04/01/2022 | Call with Valencia and Albert to explain settlement distribution and class representative awards, how this works under the settlement, how much Valencia will receive, and how the payments will be made. | 0.40 | $500.00 | $200.00 |
| GC | 04/13/2022 | Review updates received from Rust Consulting re: status of class so far. | 0.10 | $500.00 | $50.00 |
| GC | 04/19/2022 | Review Rust's report to date. | 0.10 | $500.00 | $50.00 |
| GC | 05/03/2022 | Review latest updates from Rust Consulting. | 0.10 | $500.00 | $50.00 |
| GC | 05/10/2022 | Review administration update from Rust Consulting. | 0.10 | $500.00 | $50.00 |
| GC | 05/18/2022 | Review update from settlement administrator. | 0.10 | $500.00 | $50.00 |
| GC | 06/21/2022 | Email Rust Consulting re: when payment would be due if the Court approved the | 0.10 | $500.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | settlement on August 16, 2022. | | | |
| GC | 07/05/2022 | Review latest status update from Rust Consulting. | 0.20 | $500.00 | $100.00 |
| GC | 07/05/2022 | Begin drafting motion for final settlement approval. | 0.30 | $500.00 | $150.00 |
| GC | 07/05/2022 | Initial review of Rust Consulting's affidavit in support of final approval motion. | 0.10 | $500.00 | $50.00 |
| GC | 07/19/2022 | Review latest update from Rust Consulting concerning notices sent, how many people did not receive one, and objections/opt-outs (none to date). | 0.20 | $500.00 | $100.00 |
| GC | 07/20/2022 | Continue drafting motion for final settlement approval. | 0.20 | $500.00 | $100.00 |
| GC | 07/21/2022 | Continue drafting motion for final settlement approval. | 0.20 | $500.00 | $100.00 |
| GC | 07/22/2022 | Continue drafting motion for final settlement approval. | 0.40 | $500.00 | $200.00 |
| GC | 07/22/2022 | Continue draft motion for final settlement approval. | 1.50 | $500.00 | $750.00 |
| GC | 07/25/2022 | Continue drafting motion for final settlement approval. | 1.50 | $500.00 | $750.00 |
| GC | 07/25/2022 | Email defense counsel re: status of motion for final settlement approval and remaining payment due dates, including whether defendants can pay the amounts faster. | 0.10 | $500.00 | $50.00 |

| GC | 07/25/2022 | Continue drafting motion for final settlement approval. | 0.70 | $500.00 | $350.00 |
|----|------------|---------------------------------------------------------|------|---------|---------|
| GC | 07/25/2022 | Continue drafting motion for final settlement approval. | 3.70 | $500.00 | $1,850.00 |
| GC | 07/25/2022 | Continue drafting settlement approval motion. | 1.20 | $500.00 | $600.00 |
| GC | 07/26/2022 | Finalize first complete draft of all final settlement approval motion papers. | 5.70 | $500.00 | $2,850.00 |
| LP | 07/26/2022 | Review motion for final approval. | 0.50 | $600.00 | $300.00 |
| LP | 07/27/2022 | Review/edit memoranda of law and declaration in support of final approval of class settlement. | 2.30 | $600.00 | $1,380.00 |
| GC | 08/01/2022 | Final review of Rust Consulting's affidavit in support of final settlement approval motion. | 0.10 | $500.00 | $50.00 |
| GC | 08/01/2022 | Review and revise Pechman Declaration and Memorandum of Law in support of motion for final settlement approval. | 0.80 | $500.00 | $400.00 |
| GC | 08/02/2022 | Review all time entries in connection with revision of draft motion for final settlement approval. | 1.70 | $500.00 | $850.00 |
| GC | 08/02/2022 | Finalize motion for final settlement approval papers and send them to defense counsel for review. | 1.30 | $500.00 | $650.00 |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 06/14/2021 | Filing Fee | 1.00 | $402.00 | $402.00 |
| Expense | 11/02/2021 | Mediation fees paid to Phil Goldstein, mediator (two invoices, first for $300 and second for $437.50). | 1.00 | $737.50 | $737.50 |

|  |  |
|---|---|
| **Total** | **$71,507.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 254 | 08/05/2022 | $71,507.00 | $0.00 | $71,507.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$71,507.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$71,507.00** |