*Valencia v. Live Lion Security LLC*
No. 21 Civ. 448 (PK)

# EXHIBIT 4

# Expense Invoices

Affirmation of Louis Pechman in Support of
Motion for Final Settlement Approval

**Philip Goldstein**
**ADR Offices of Philip Goldstein**
**241A Windsor Place**
**Brooklyn, NY  11215**
**pg@philipgoldsteinadr.com**
**914-588-4960**
**EIN:  82-5171572**

**Invoice for EDNY Mediation/Initial Session**

**Valencia et al. v. Live Lion Security LLC, et al. - 1:21-cv-00448-KAM-PK**

Date:  September 24, 2021


To:     Ramon Valencia et al. c/o Louis Pechman/Gianfranco J. Cuadra, Esqs.


Mediator's Fee for initial mediation session
to be held on October 19, 2021
per EDNY rules:                                                                                      $300.00


** Note:  Per EDNY Rule 83.8(f): "Each mediator shall receive a fee of $600 for the first four hours or less of the actual mediation. Time spent preparing for the mediation will not be compensated. Thereafter, the mediator shall be compensated at the rate of $250 per hour. The mediator's fee shall be paid by the parties to the mediation.

Ex. 4 at 1

**Philip Goldstein**
**ADR Offices of Philip Goldstein**
**241A Windsor Place**
**Brooklyn, NY  11215**
**pg@philipgoldsteinadr.com**
**914-588-4960**
**EIN:  82-5171572**

**Invoice for EDNY Mediation/Initial Session**

**Valencia et al. v. Live Lion Security LLC, et al. - 1:21-cv-00448-KAM-PK**

Date:  October 28, 2021

To:     Ramon Valencia et al. c/o Louis Pechman/Gianfranco J. Cuadra, Esqs.

Mediator's Fee for 3.5 hours in excess of
4 hours x $250/hour for initial mediation session
held on October 19, 2021 per EDNY rules:                                           $437.50

** Note:  Per EDNY Rule 83.8(f): "Each mediator shall receive a fee of $600 for the first four hours or less of the actual mediation. Time spent preparing for the mediation will not be compensated. Thereafter, the mediator shall be compensated at the rate of $250 per hour. The mediator's fee shall be paid by the parties to the mediation.

Ex. 4 at 2